UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:              )
                               )
JAMES HUNTER ROSS, JR.,        )    CASE NO. 08-12816
SHARON KRISTINE ROSS,          )    Chapter 7
            DEBTOR(S).         )

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Family Practice & Associates LLP | 2003 Stults Road Suite 100 Huntington, IN 46750-7833 | $4.94 |
| | Total | $4.94 |

- 2 -

**WHEREFORE**, Trustee is depositing the total sum of $4.94 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: March 12, 2010**

**Respectfully submitted,**

**CHAPTER 7 TRUSTEE**
**444 EAST MAIN STREET**
**FORT WAYNE, INDIANA 46802**
**TELEPHONE: (260) 426-0444**
**FAX: (260) 422-0274**
**EMAIL: mseifert@hallercolvin.com**

**BY: /s/ Martin E. Seifert**
     **MARTIN E. SEIFERT**
     **I.D. #16857-02**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 12th day of March, 2010, to:

      Roger B. Finderson, Esq.
      918 South Calhoun Street
      Fort Wayne, IN 46802

      United States Trustee
      555 One Michiana Square
      100 East Wayne Street
      South Bend, Indiana 46601

      Family Practice Associates, LLP
      2003 Stults Road
      Suite 100
      Huntington, IN 46750-7833

      /s/ Martin E. Seifert
      **MARTIN E. SEIFERT**